47 P.3d 746
**May 31, 2002**

24446      State v. Wenner                                    Affirmed